IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| MEGAN K. CLANCY | § | PLAINTIFF |
| | § | |
| | § | |
| v. | § | Civil Action No. 1:11cv336-HSO-RHW |
| | § | |
| | § | |
| GREYHOUND BUS | § | |
| LINES, INC. | § | DEFENDANT |

### ORDER EXPEDITING BRIEFING AND SETTING HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

BEFORE THE COURT is the Motion for Summary Judgment [68] filed by Defendant Greyhound Bus Lines, Inc., on September 10, 2013. Defendant has requested oral argument on its Motion pursuant to L.U. CIV. R. 7(b)(6)(A). Mot. [68], at p. 1.

This case has been set for Pretrial Conference on September 24, 2013, and for jury trial on the Court's three week civil calendar commencing on October 7, 2013. The Court finds that an expedited briefing schedule on Defendant's Motion for Summary Judgment [68] is warranted. Plaintiff Megan K. Clancy's Response to Defendant's Motion [68] will be due on or before Friday, September 20, 2013, and Defendant's Reply will be due on or before Monday, September 23, 2013.

The Court, in its discretion, also finds that oral argument on Defendant's Motion for Summary Judgment [68] is warranted. Pursuant to L.U. CIV. R. 7(b)(6), the Court will set a hearing on Tuesday, September 24, 2013, at 9:00 a.m., before United States District Judge Halil Suleyman Ozerden in Courtroom #706, United

States Courthouse, 2012 15th Street, Gulfport, Mississippi, on Defendant's Motion for Summary Judgment [68].  The Pretrial Conference will be held immediately following oral argument.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that briefing on Defendant's Motion for Summary Judgment [68] is expedited.  Plaintiff Megan K. Clancy's Response to Defendant's Motion [68] will be due on or before **Friday, September 20, 2013**, and Defendant's Reply will be due on or before **Monday, September 23, 2013**.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that a hearing Defendant's Motion for Summary Judgment [68] is set on **Tuesday, September 24, 2013, at 9:00 a.m.,** before United States District Judge Halil Suleyman Ozerden in Courtroom #706, United States Courthouse, 2012 15th Street, Gulfport, Mississippi.

**SO ORDERED AND ADJUDGED**, this the 12th day of September, 2013.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE